# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **JOYCE EDWARDS**, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 17 C 3470 |
| ) | |
| **NORFOLK SOUTHERN RAILWAY**, et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM ORDER

Joyce Edwards ("Edwards"), characterizing herself as "Executor, CEO, Beneficiary, Natural Person In Propria Persona Sui Juris," has signed and filed a hand-printed document that she has entitled "Legal Notice of Removal" (the "Notice") to bring a state court action that she lists as 2016 L 050132[1] from the Circuit Court of Cook County to this federal district court.[2] Because the so-called Notice occupies just two pages and is far easier to reproduce physically rather than for this Court to make an attempt to decipher just what Edwards' claimed basis for federal subject matter jurisdiction might be, that two-page filing is simply attached as Ex. 1 to this memorandum order.

As the preceding paragraph has indicated, nonlawyer Edwards has alleged nothing at all that would bring a state court case that she has identified only by number within the purview of

---

[1] Among its many other deficiencies, the Notice omits the case name of the state court lawsuit.

[2] Even though nonlawyer Edwards is not authorized to appear and act on behalf of any other party, she has also listed Jvonne Foster as another "Beneficial Owner of Carrie Edwards Estate." Hence this memorandum order will speak only of Edwards as the removing party, but what is said here addresses the impropriety of removal as such.

28 U.S.C. § 1441(a),³ the statute by which Congress has conferred removal jurisdiction on the federal district courts. In apparent recognition of that deficiency, Edwards has concluded her brief Notice by stating "Claimant Requests Time to Amend this Petition." Even apart from the irregularity of that approach to federal jurisdiction ("Maybe I can come up with something, because I know I haven't done so yet"), Edwards and her colleague Jvonne Foster are attempting to obtain a free ride by utilizing the Clerk's-Office-supplied form of In Forma Pauperis Application ("Application") to avoid payment of the normal filing fee.

In brief, it is an understatement to say that "it appears that the district court lacks subject matter jurisdiction" (Section 1447(c)). Accordingly this Court will comply with that subsection's congressional mandate that "the case shall be remanded" (id.). It therefore orders (1) that the case be remanded to its place of origin in the Circuit Court of Cook County and (2) that a certified copy of the order of remand shall be mailed by the Clerk of this Court to the Clerk of the state court (id.) forthwith.

                                                     *William D. Shadur*
                                                     Milton I. Shadur
                                                     Senior United States District Judge

Date: May 11, 2017

---

³ All further references to Title 28's provisions will simply take the form "Section --," omitting the prefatory "28 U.S.C. §."

UNITED STATE DISTRICT COURT FOR THE DISTRICT OF ILLINOIS

5/9/17

RECEIVED MAY -9 2017 THOMAS G. BRUTON CLERK, U.S. DISTRICT COURT

JOYCE EDWARDS Estate
Real Party of Interest: Joyce Edwards
; Juonne Foster Beneficial Owners
of CARRIE EDWARDS ESTATE
Claimants

Vs.

Norfolk Southern Railway
Ann Dole-Collins
Mark D Matherwson
Mark C Matherwson
Matherwson Right of Way
Company Defendants

Legal Notice of Removal From State Court to Federal Court 2016 L 050132 Pursuant to Title 28 1441-1446 Proper Article III Jurisdiction

Indictment: RICO

I: Joyce Edwards Executor, CEO, Beneficiary Natural Person In Propria Persona Sui Juris Here in after (Petitioner)

Official Notice is hereby served on the Cook County State Court / Circuit Court of Cook County and all Judical Subdivisions; Officals; Agents; and above Defendants

Ex. 1

all Cases and Jurisdiction/Venue now moved to Federal Court. All Matters, Complaints, Bill of Exchange, must now Be filed with the Federal Court, Pursuant to Jurisdiction named hereinafter. Jurisdiction/Venue are hereby Placed in one Northern District Court of Illinois, pursuant to Article III Section 2 for the United State Republic, and the several States, Under the Constitution Article VI; and reaffirmed by obligatory Official Oaths.

Claimant Request time to Amend this Petition. Joy Edward

5/9/17